

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-19-00713-CV

Trial Court Cause
Number:           2015-75176

Style:            *William Forssberg v. Lisa Howard*

Date motion filed*:     September 10, 2021

Type of motion:         Motion to Extend Time

Party filing motion:    Appellee

Document to be filed:   Findings of Fact and Conclusions of Law

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

      Original due date:                          September 14, 2021

      Number of previous extensions granted:     0

      Date Requested:                             September 27, 2021

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due:  September 27, 2021

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ April L. Farris
           ☒ Acting individually     ☐ Acting for the Court

Date: September 16, 2021